# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Glenn Archie Johnson, | Civil No. 11-399 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Yost and Baill, LLP, State Farm Mutual Automobile Companies, | |
| Defendants. | |

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by Chief United States Magistrate Judge Arthur J. Boylan dated February 22, 2011, all the files and records, and no objections having been filed to said Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

2. Plaintiff's application for leave to proceed in forma pauperis, (Doc. No. 2) is **DENIED**; and

3. This action is summarily **DISMISSED** for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 24, 2011

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge